UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | |
| | § | Criminal No. 4:25-cr-0253-02 |
| JOSE ENRIQUE MARTINEZ FLORES | § | |

## GOVERNMENT'S NOTICE OF EXTRADITION DECISION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, the United States of America ("Government") and files this

Notice concerning the Extradition Decision in this case:

1. The Defendant is a national of Colombia.

2. The Defendant is charged with conspiracy to provide material support to a designated foreign terrorist organization, in violation of Title 18, United States Code, Sections 2339A(b) and 2339B(a)(1); and aiding and abetting that offense; conspiracy to manufacture and distribute five kilograms or more of a mixture and substance containing a detectable amount of cocaine, knowing, intending, and having reasonable cause to believe that such substance would be unlawfully imported into the United States, in violation of Title 21, United States Code, Sections 963, 959(a), and 960(a)(3) and 960(b)(1)(B); and aiding and abetting that offense; and Title 18, United States Code, Section 2.

3. On March 3, 2026, the Government of Colombia granted the United States' request for extradition in connection with this case.

4. The Government of Colombia approved the Defendant's extradition with respect to all charges.

5.      A copy of the original extradition decision from Colombia's Ministry of Justice and Law is attached as Exhibit 1. A translated English copy is attached as Exhibit 2.

Respectfully submitted,

JOHN G.E. MARCK
Acting United States Attorney

BY:     */s Casey N. MacDonald*
Casey N. MacDonald
Assistant United States Attorney
Federal Bar No. 915752
New Jersey Bar No. 043362000
1000 Louisiana St., Suite 2300
Houston, TX 77002
Phone: 713-567-9000
Fax:   713-718-3301

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing notice was filed with the District Clerk's Office and was provided to counsel of record via ecf filing on June 15, 2026.

*s/ Casey N. MacDonald*
Casey N. MacDonald
Assistant United States Attorney